UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

United States of America

    v.                Case No. 2:21-mj-30

Jack M. Cohen

## **ORDER OF APPOINTMENT**

The Office of the Federal Public Defender is hereby appointed as attorney of record for the above-named defendant.

BY ORDER OF THE COURT.

Dated at Burlington, in the District of Vermont, this 25th day of March 2021.

            By  /s/ H. Beth Cota
               Deputy Clerk