NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                                    Case No. 2:21-mj-30-1

Jack M. Cohen

TAKE NOTICE that the above-entitled case is scheduled for Thursday, April 15, 2021 at 2:30 p.m. before the Honorable Kevin J. Doyle, Magistrate Judge, for a Preliminary Hearing or Arraignment **via video conference.**

Location: by video                                               JEFFREY S. EATON, Clerk
                                                                          By: */s/ H. Beth Cota*
                                                                               Deputy Clerk
                                                                               3/26/2021

TO:

Matthew J. Lasher, AUSA

Office of the Federal Public Defender

Michael J. Leddy, Esq.